**No. 49701.**—Protests 61360–K, etc., of H. B. Lambert Co., Inc. (Boston).

Opinion by CLINE, J. In accordance with stipulation of counsel that certain of the merchandise in question is similar to that the subject of *United States* v. *Yick Shew Tong Co.* (25 C. C. P. A. 255, T. D. 49392) and *Oy Wo Tong Co.* v. *United States*, 5 Cust. Ct. 70, C. D. 372, Yuk Chook Pin and Sar Sum Pin were held dutiable at 10 percent under paragraph 34. It was further stipulated that certain other merchandise consists of Lung Ngan Yuk or Yuen Yuk, etc.; dried lily seeds (Gone Lin Tze) or (Pak Lin Tze); dried lily bulbs (Oi Hop Gone) or (Gone Bak Hop); dried lotus nuts; Yuk Chook; Lui Hang Kor, etc., the same as the merchandise involved in *United States* v. *Yick Shew Tong Co.*, *supra*, and *Oy Wong Tong Co.* v. *United States*, *supra*. In accordance therewith this merchandise was held entitled to free entry under paragraph 1669. Protests sustained to this extent.

**No. 49702.**—Protests 69503–K, etc., of H. P. Lambert Co., Inc. (Boston).

Opinion by CLINE, J. In accordance with stipulation of counsel that the dried lotus nuts (Hoi Pak Lin); Yuen Yuk; and dried lily bulbs (Oi Hop Gone); dried lily flower (Kum Choi), are the same in all material respects as the merchandise passed upon in *United States* v. *Yick Shew Tong Co.* (25 C. C. P. A. 255, T. D. 49392) and *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372), the claim for free entry under paragraph 1669 was sustained as to these items. It was further stipulated that Wy Shan Kok and Wy Shan Pin are the same as the merchandise passed upon in *United States* v. *Yick Shew Tong Co.*, *supra*, and *Oy Wo Tong Co.* v. *United States*, *supra*. The claim at 10 percent under paragraph 34 was therefore sustained as to these items.

**No. 49703.**—Protest 653847–G of Luigi Volpe (Philadelphia).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli & Co., Inc.* v. *United States*, (9 Cust. Ct. 270, C. D. 706) and *Locatelli* v. *United States*, T. D. 48284. This claim was therefore sustained.